**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**


RE:  Docket Number 2020-CU-0973


Stefanie Nelson Bernard

                - - Versus - -                                          21st Judicial District Court
                                                                        Case #: 126773
Matthew Scott Bernard                                                   Livingston Parish


Consolidated with the following:


2020 - CU - 0974
Linda Allen
versus
Stefanie Nelson Bernard and Matthew Scott Bernard


On Application for Rehearing filed on 03/05/2021 by Matthew Scott Bernard

Rehearing _____ DENY _____

_____
Mitchell R. Theriot

_____
Elizabeth Wolfe

_____
Chris Hester


Date ___APR 1 6 2021_____

_____
Rodd Naquin, Clerk